IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **RAYMOND L. SMITH, JR.,** Individually and on behalf of all other similarly situated current and former employees,<br><br>　　　Plaintiff,<br><br>v.<br><br>**CROSSVILLE BNRV SALES, LLC,** a Tennessee Corporation, a/k/a **FACTORY DIRECT MARINE & RV,** a/k/a **BOAT N RV SUPERCENTER,** and **GA BNRV SALES, LLC**, a Georgia Limited Liability Company, and **DERWOOD "DON" LITTLEFIELD,** Individually,<br><br>　　　Defendants. | Case No. 2:16-cv-0089<br><br>**Jury Demand**<br><br>**FLSA Opt-In Collective Action** |

## MOTION FOR APPEARANCE *PRO HAC VICE*

W. Brian Holladay, Attorney for Defendants Crossville BNRV Sales, LLC, GA BNRV SALES, LLC, and Derwood Littlefield, individually (collectively "Defendants"), hereby moves this Court for permission to appear and participate in the above-referenced case on behalf of Defendants, and states the following in support thereof:

(1)　Pursuant to Local Rule 83.01(d)(1), an attorney who is a member in good standing of the Bar of any other District Court of the United States who is not a resident of this District and who does not maintain an office in this District for the practice of law, may be permitted to appear and participate in a particular case, at the discretion of the judges of this Court.

(2) Mr. Holladay is a member in good standing of the bar of the State of Georgia and admitted to practice in the United States District Court for the Northern District of Georgia, the United States Court of Appeals for the Eleventh Circuit, Georgia State Court of Appeals, the Supreme Court of Georgia, and Georgia Superior and State Courts. (A Certificate of Good Standing from the Northern District of Georgia is attached hereto as Exhibit A).

(3) Mr. Holladay is not a resident of this District and does not maintain an office for the practice of law in this District.

(4) Mr. Thomas H. Shields, located in Rockwood, Tennessee, is a member of the bar of this Court, will serve as local counsel in this matter and hereby submits this application on behalf of Mr. Holladay.

WHEREFORE, it is hereby requested that W. Brian Holladay be admitted to this Court *pro hac vice*, and appear and participate in this case as counsel of record for Defendants.

Respectfully submitted this 4th day of January, 2017.

/s/*Thomas H. Shields III*
Thomas H. Shields III (BPR# 24184)
2475 Westel Road
Rockwood, TN 37854
865-354-2140, Ext. 151
865-354-4407 (Fax)
thomas@boatnrv.com

--and--

W. Brian Holladay, Esq.
(GA Bar No. 300576)
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E.
Suite 400
Atlanta, Georgia 30326
404-909-8100
404-909-8120 (fax)
bholladay@martensonlaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR APPEARANCE *PRO HAC VICE* has been filed with the Court's CM/ECF system, and served by electronic mail upon the following:

Gordon E. Jackson, Esq.
James L. Holt, Jr., Esq.
J. Russ Bryant, Esq.
Paula R. Jackson, Attorney at Law
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, TN 38018
gjackson@jsyc.com
jholt@jsyc.com
rbrant@jsyc.com
pjackson@jsyc.com

This 4th day of January, 2017.

/s/*Thomas H. Shields III*
Thomas H. Shields III

# EXHIBIT A



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **WILLIAM BRIAN HOLLADAY, 300576,** was duly admitted to practice in said Court on March 10, 2008 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 21st day of December, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **RAYMOND L. SMITH, JR.,** Individually and on behalf of all other similarly situated current and former employees, <br><br> Plaintiff, <br><br> v. <br><br> **CROSSVILLE BNRV SALES, LLC,** a Tennessee Corporation, a/k/a **FACTORY DIRECT MARINE & RV,** a/k/a **BOAT N RV SUPERCENTER,** and **GA BNRV SALES, LLC,** a Georgia Limited Liability Company, and **DERWOOD "DON" LITTLEFIELD,** Individually, <br><br> Defendants. | Case No. 2:16-cv-0089 <br><br> Jury Demand <br><br> FLSA Opt-In Collective Action |

## ORDER

Defendant's Motion for Appearance *Pro Hac Vice* is hereby GRANTED.

Dated:

_____